UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JASON MARK HART,<br><br>          Plaintiff,<br><br>   v.<br><br>KARIE RAINER, et al.,<br><br>          Defendant. | CASE NO. 2:20-cv-01464-RSM-BAT<br><br>**ORDER DENYING MOTION TO AMEND COMPLAINT WITHOUT PREJUDICE** |

The Court **DENIES** plaintiff's motion to amend the complaint, Dkt. 8, because plaintiff has not filed a single amended complaint containing all claims and listing all defendants, and his motion fails to sufficiently describe the alleged acts of the new proposed defendant ARNP Lemin Sennah. The Court accordingly **ORDERS**:

(1)     Defendants have not filed an answer to the original complaint. If plaintiff wishes to file an amended complaint, he must do so by **December 28, 2020**.

(2)     The amended complaint must name all defendants, provide specific and succinct allegations that describe each defendant's actions, the date of the actions, and what federal right was violated by each defendant, and the harm caused. Plaintiff may attach exhibits in support of his complaint but the exhibits themselves are not a substitute for the requirement that the amended complaint set forth a short and plain statement of the claim showing the pleader is

ORDER DENYING MOTION TO AMEND
COMPLAINT WITHOUT PREJUDICE - 1

entitled to relief.

(3) Because an amended complaint replaces all previous complaints, the Court will consider only the amended complaint, not earlier versions of the complaint.

(4) Defendants filed a waiver of service to the original complaint. Because defendants are entitled to file an answer to an amended complaint, the Court grants defendants leave to file an answer no later than 60 days from the date plaintiff files his amended complaint.

(5) The clerk shall provide copies of this order to the parties.

DATED this 4th day of December, 2020.

                                      BRIAN A. TSUCHIDA
                                      United States Magistrate Judge