UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JASON MARK HART,<br><br>                    Plaintiff,<br><br>  v.<br><br>KARIE RAINER, et al.,<br><br>                    Defendant. | CASE NO. 2:20-cv-01464-RSM-BAT<br><br>**ORDER DIRECTING PLAINTIFF TO SUBMIT DOCUMENT BUNDLE #2 OF AMENDED COMPLAINT** |

Plaintiff filed a motion to amend his complaint on December 10, 2020, Dkt. 10, but it appears "bundle # 2" of the 5 bundles listed as attached in his motion may have been omitted.

In order to ensure plaintiff's motion to amend the complaint is complete, the Court directs plaintiff to check if all of the bundles of documents were submitted, or whether bundle # 2 is missing. **By December 18, 2020**, plaintiff should either submit document bundle #2, or inform that Court that all of the documents in support of his amended complaint were submitted.

DATED this 14th day of December, 2020.

                                      BRIAN A. TSUCHIDA
                                      United States Magistrate Judge

ORDER DIRECTING PLAINTIFF TO
SUBMIT DOCUMENT BUNDLE #2 OF
AMENDED COMPLAINT - 1