UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JASON MARK HART,

                Plaintiff,

   v.

KARIE RAINER, et al.,

                Defendant.

CASE NO. 2:20-cv-01464-RSM-BAT

**ORDER GRANTING MOTION TO FILE AMENDED COMPLAINT AND SETTING DUE DATE FOR ANSWER**

Plaintiff filed a motion to amend his complaint. Dkt. 10. The Court noted the possibility the motion did not contain all attachments and directed plaintiff to advise by December 18, 2020 whether the motion to amend was complete or not. Dkt. 11. Plaintiff did not respond to the Court's request. Despite Plaintiff's failure to respond, the Court **GRANTS** Plaintiff's motion to file an amended complaint on December 10, 2020, Dkt. 10, in order to keep the case moving forward and **ORDERS**:

(1) Defendant previously filed a waiver of service, Dkt. 7. Based upon defendants' waiver of service, providing defendants 60 days to answer, the Court accordingly sets **March 1, 2021** as the due date for defendants' answer to the amended complaint.

(2) The amended complaint plaintiff filed is 49 pages in length and is supported by Exhibit 1 (50 pages), Exhibit 2 (50 pages) and Exhibit 3 (14) pages. Dkt. 10. This amended

ORDER GRANTING MOTION TO FILE
AMENDED COMPLAINT AND SETTING
DUE DATE FOR ANSWER - 1

1 | complaint and attachments constitute the entirety of the amended complaint to which defendants

2 | must answer.

3 | DATED this 29th day of December, 2020.

```
                                          BRIAN A. TSUCHIDA
                                          United States Magistrate Judge
```

ORDER GRANTING MOTION TO FILE
AMENDED COMPLAINT AND SETTING
DUE DATE FOR ANSWER - 2